UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20569-CR-LENARD/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW DAVID MARSHALL,

    Defendant.
_____/

### ORDER GRANTING MOTION TO SUBPOENA RECORDS FROM FDC

**Presently pending before this Court is Defendant's Motion to Subpoena Records from FDC-Miami/ITS (DE ## 46, 53).** The Honorable Joan A. Lenard, United States District Judge, has referred this motion to the undersigned United States Magistrate Judge (DE #51). Defendant seeks to subpoena tape recordings and/or transcripts of certain conversations which he had with witnesses Jerry Potharst and Gary Silvernail. The conversations were placed by him from FDC-MIAMI, and there is no dispute that they were recorded. Oral argument on the motion was held on February 14, 2008.

After considering the argument made by Defendant, and without abandoning its right to challenge the admissibility of those tapes at trial, the government advised the Court that it would subpoena the tapes requested by Defendant and provide them to Defendant, along with any other tapes of his conversations that it subpoenaed from FDC.

Therefore, for the reasons stated on the record, and based upon a review of the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Subpoena Records from FDC-MIAMI/ITS (DE ## 46, 53) is **GRANTED**. On or before March 7, 2008, the

Government shall obtain by subpoena the tape recordings requested by Defendant, and provide copies of those tapes to Defendant.

**DONE AND ORDERED** in chambers in Miami, Florida, on February 14, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Joan A. Lenard, United States District Judge
Counsel of record and Pro Se Defendant via CM/ECF