UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-CR-20569-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW DAVID MARSHALL,

    Defendant.
_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE to whom the above-style case has been assigned, hereby recuses herself.

DONE AND ORDERED in chambers at Miami, Florida, this 19th day of September, 2008.

                                                        _____
                                                        CHRIS MCALILEY
                                                        UNITED STATE MAGISTRATE JUDGE

cc:
The Honorable Joan A. Lenard
Counsel of record