UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20569-CR-Lenard/Garber

UNITED STATES OF AMERICA,

v.

ANDREW DAVID MARSHALL,

    Defendant.
_____/

**ORDER**

    THIS CAUSE is before the Court by reference from United States District Judge Joan A. Lenard on the government's Motion to Strike Defendant's Objections to Third Motion to Revoke Pretrial Detention Order [DE 345].

    The defendant's aforesaid Objections, etc. were filed *pro se* on August 31, 2009, a date subsequent to the entry of Derek Lewis, Esquire, as his attorney. Local Rule 11.1(D)(4) of the Southern District of Florida prohibits a party from acting on his own behalf where he is represented by counsel. Accordingly, it is hereby

    ORDERED that the government's Motion to Strike Defendant's Objections to Third Motion to Revoke Pretrial Detention Order is GRANTED. The defendant's Objections [DE 338] are hereby stricken from the record in this cause.

    DONE AND ORDERED in Chambers at Miami, Florida this 13th day of October, 2009.

                                                       */s/ Barry L. Garber*
                                                       BARRY L. GARBER
                                                       UNITED STATES MAGISTRATE JUDGE