UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20569-CR-Lenard/Garber

UNITED STATES OF AMERICA,

v.

ANDREW DAVID MARSHALL,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*. By Order dated October 13th, 2009 [DE 354], the Court set several pending motions for hearing on October 21, 2009.

The defendant's Motion to Dismiss Superseding Indictment, which was scheduled for said hearing, will instead be considered by Judge Lenard. Accordingly, it is hereby

ORDERED that said Motion to Dismiss Superseding Indictment will not be considered at this hearing.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of October, 2009.

                                                               _____
                                                                BARRY L. GARBER
                                                               UNITED STATES MAGISTRATE JUDGE