UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20569-CR-LENARD/GARBER

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**ANDREW MARSHALL,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 377) AND DENYING DEFENDANT'S MOTION TO SUPPRESS (D.E. 344)

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Barry L. Garber ("Report," D.E. 377), issued on November 18, 2009, recommending that Defendant Andrew Marshall's Motion to Suppress Evidence and/or Statements ("Motion," D.E. 344), filed on September 18, 2009, be denied. In the Report, after reviewing the record and testimony given at the hearing held on October 21, 2009, the Magistrate Judge found that Defendant was not in custody at the Miami Police Department, Miranda warnings were not required, the statements made by Defendant were freely and voluntarily given, and the execution of the Miranda warning and waiver was freely, knowingly, and voluntarily executed by Defendant. (See Report at 7.) As of the date of this Order, Defendant has not filed objections to the Report. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v.

Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Based on a review of the Magistrate Judge's Report, the Motion, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of Magistrate Judge Barry L. Garber (D.E. 377), issued on November 18, 2009, is **ADOPTED**;

2. Consistent with the Report and this Order, Defendant's Motion to Suppress Evidence and/or Statements (D.E. 344) is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of December, 2009.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**